UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
(COOKEVILLE)

_____

| | |
|---|---|
| **GAY N. SHEPHERD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:10-cv-00125-TJC-jsb |
| | ) |
| **DEPUY ORTHOPAEDICS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

_____

**ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 2197 - IN RE: DEPUYORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION**
_____

This Court has considered the Motion to Stay Proceedings Pending Transfer to the Northern District of Ohio, MDL No. 2197 - *In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation* and is of the opinion that the same should be granted.

It is, therefore, ORDERED that all proceedings and all deadlines, in the above-captioned case are STAYED pending transfer of this matter to MDL 2197 in the Northern District of Ohio.

It is further ORDERED that Defendants shall have twenty-one (21) days from the date on which this case is transferred to MDL No. 2197 to respond to the Complaint.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

2

APPROVED FOR ENTRY:

<u>/s/ Clarence A. Wilbon</u>
Clarence A. Wilbon (023378)
Nolan M. Johnson (026399)
BASS, BERRY & SIMS PLC
Tower at Peabody Place
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone – (901) 543-5900
Facsimile – (901) 543-5999
Email – cwilbon@bassberry.com
Email – njohnson@bassberry.com

*Attorneys for Defendant,*
*DePuy Orthopaedics, Inc.*

9048892.1