# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| GUY N. SHEPHERD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 2:10-cv-0125 |
| v. | ) | Chief Judge Campbell |
| | ) | |
| DEPUY ORTHOPAEDICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to the Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation, Docket No. 2197, this case is hereby transferred to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Northern District of Ohio.

It is so **ORDERED.**

_____
Todd J. Campbell
United States District Judge